UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BELLE, a/k/a BENJAMIN A.
JOHNSON,

        Plaintiff,                        Case Number 07-14801
v.                                                Honorable David M. Lawson
                                                     Magistrate Judge R. Steven Whalen
RAYMOND BOOKER and J. ATTERBERRY,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Presently before the Court is the report issued on February 19, 2009, by Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b) recommending that this Court grant the defendants' motion to dismiss. The plaintiff requested an additional sixty days to file objections to the magistrate judge's report, which the Court granted in an order on March 9, 2009. The Court allowed the plaintiff to file objections on or before May 8, 2009. However, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 32] is **ADOPTED**.

It is further **ORDERED** that the defendants' motion to dismiss [#24] is **GRANTED**.

It is further **ORDERED** that the complaint is **DISMISSED**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: May 11, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 11, 2009.

                                    s/Susan K. Pinkowski
                                    SUSAN K. PINKOWSKI